ACCEPTED
04-15-00164-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
11/9/2015 4:13:59 PM
KEITH HOTTLE
CLERK



**Bexar County Public Defender's Office**
101 W. Nueva ♦ Paul Elizondo Tower – Suite 370 ♦ San Antonio, TX 78205-3440
Phone: (210) 335-0701 ♦ Fax: (210) 335-0707

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
11/9/2015 4:13:59 PM
KEITH E. HOTTLE
Clerk

November 9, 2015

Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa St., Suite 3200
San Antonio, Texas 78205

Re: Leandre V Hill v. State of Texas
Appeal No. 04-15-00164-CR
Cause No. 2009-CR-10328

To the Honorable Court of Appeals:

Pursuant to Tex. R. App. P. 48.4 (West 2013), I hereby certify that I have notified the Appellant, Leandre V Hill, of his right to file a *pro se* petition for discretionary review. I have included a copy of the opinion and the judgment with my letter to Mr. Hill. The notification was sent by certified mail, return receipt requested. A copy of the return receipt is attached to this letter. The undersigned attorney supplies the Court with the following information about this case:

Appellate attorney: Richard B. Dulany, Jr. (SBN:06196400)
Date of Opinion and Judgment: November 4, 2015
Date notification mailed to Appellant: November 4, 2015
Certified mail number: 7011 1150 0002 0439 3447
Date return receipt received by the undersigned attorney: November 9, 2015

Sincerely yours,

MICHAEL D. ROBBINS
Appellate Public Defender

Attachment
/cmb

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Leandre V. Hill (# 01984817)
Garza East Transfer Facility

4304 Highway 202

Beeville, Tx. 78102

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *M. Mu*
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Melissa Martinez              11-6-15

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☒ Certified Mail®          ☐ Priority Mail Express™
☐ Registered              ☐ Return Receipt for Merchandise
☐ Insured Mail            ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)          ☐ Yes

2. Article Number
(Transfer from service label)
7011 1150 0002 0439 344?

PS Form 3811, July 2013     Domestic Return Receipt